UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRAIG PRICE,
    Plaintiff,

v.                                                  CA 04-38 S
                                                  CA 12-24 S

ASHBEL T. WALL, et al.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 8, 2014, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  No objections having been filed, Plaintiff's Motion for Leave to Appeal *in forma pauperis* is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/24/14